UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

United States Probation Office

**FILED**

MAR 2 4 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# INTEROFFICE MEMORANDUM

**TO:** Shani Furstenau, Courtroom Clerk
of the Honorable Garland E. Burrell, Jr.

**FROM:** Teresa Hoffman
United States Probation Officer

**DATE:** March 24, 2009

**SUBJECT:** Bounthavee NERASIN
Docket Number: 2:08CR00389-03
<u>**JUDGMENT AND SENTENCING CONTINUANCE**</u>

The above matter is scheduled for judgment and sentencing on May 1, 2009. Based on the complexity of this case, all parties have agreed to a continuation of judgment and sentencing. The following proposed sentencing schedule is offered:

| | |
|---|---|
| Judgment and Sentencing date: | 9:00 AM <u>05/22/2009</u> |
| Reply, or Statement of Non-Opposition | <u>05/15/2009</u> |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | <u>05/08/2009</u> |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | <u>05/01/2009</u> |
| Counsel's written objections to the Presentence Report shall be delivered to the probation officer and opposing counsel no later than: | <u>04/24/2009</u> |
| The proposed Presentence Report shall be disclosed to counsel no later than: | <u>04/10/2009</u> |

**Reviewed by:** _/s/ Karen A. Meusling_
**Karen A. Meusling**
**Supervising United States Probation Officer**

cc: Michael M. Beckwith, Assistant United States Attorney
Donald P. Dorfman, Defense Counsel