IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,        )
                                 )   2:08-cr-00389-GEB-3
          Plaintiff,             )
                                 )
     v.                          )   ORDER
                                 )
BOUNTHAVEE NERASIN,              )
                                 )
          Defendant.             )
_____)
```

The United States is requested to file a written response to Defendant Bounthavee Nerasin's Motion for Reduction of Sentence, filed on December 21, 2010, as soon as practicable.

Dated:  December 23, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

1