IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                )<br>          Plaintiff,            )<br>                                )<br>     v.                         )<br>                                )<br> BOUNTHAVEE NERASIN,             )<br>                                )<br>          Defendant.            )<br> _____ ) | 2:08-cr-00389-GEB<br><br><u>ORDER</u> |

　　　　Defendant's motion for reduction of sentence filed December 21, 2010 (ECF No. 136) is denied since Defendant has not shown that the Court has jurisdiction to re-sentence Defendant.

Dated:  January 15, 2013

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　GARLAND E. BURRELL, JR.
　　　　　　　　　　　　　　　　Senior United States District Judge